# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:   Warden-Superintendent:  MCI Cedar Junction, Route 1A, South Walpole, MA 02071

YOU ARE COMMANDED to have the body of __Joseph M Pierce (D.O.B 1981)__

now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __2__, on the __3rd__ floor, Boston, Massachusetts on or before __August 13, 2019__, at __10:00__ AM.

for the purpose of __Pre-trial Conference__

in the case of   UNITED STATES OF AMERICA V.   __Joseph M Pierce (D.O.B) 1981__

CR Number __1:19-CR-10020-FDS__

And you are to retain the body of said __Joseph M Pierce (D.O.B 1981)__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Joseph Pierce__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this __12th__ day of __August 2019__.

__F. Dennis Saylor, IV__
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

ROBERT M. FARRELL
CLERK OF COURT

By: __/s/ Christine Bono__
Deputy Clerk